**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

LISA ANN PATTEN,
as Personal Representative of the
ESTATE OF ROBERT DENNIS PATTEN,

      Plaintiff,

v.                                                                 No. 1:26-cv-01610-KK

UNITED STATES OF AMERICA,

      Defendant.

**ORDER REGARDING REPRESENTATION OF THE ESTATE AND
ORDER GRANTING MOTION FOR PERMISSION TO FILE ELECTRONICALLY**

      **THIS MATTER** comes before the Court on *pro se* Plaintiff's Complaint for Medical Negligence, Wrongful Death and Survival Action, Doc. 1, filed May 18, 2026 ("Complaint"), Plaintiff's Notice of Filing, Doc. 6, filed May 27, 2026, and Plaintiff's Motion for Permission to File Documents Electronically, Doc. 7, filed May 27, 2026.

**Order Regarding Representation of the Estate**

      Plaintiff, who is the personal representative of the Estate of Robert Dennis Patten ("Estate"), asserts claims pursuant to the Federal Tort Claims Act. *See* Complaint at 1. The Court notified Plaintiff, who is not an attorney authorized to practice before this Court, that she may represent the Estate *pro se* only if she is the sole beneficiary of the estate and there are no creditors. *See* Order at 3, Doc. 5, filed May 20, 2026. The Court ordered Plaintiff to either (i) have an attorney authorized to practice in this Court enter his or her appearance on behalf of the Estate; or (ii) conclusively demonstrate, with supporting documentation, that Plaintiff is the sole beneficiary of the Estate and there are no creditors. *See* Order at 4.

Plaintiff may represent the Estate *pro se*.  Plaintiff, who is one of Decedent's surviving children, filed an affidavit stating: (i) Decedent's surviving spouse executed a settlement agreement and released all actions regarding her rights concerning the Estate; (ii) Decedent's other surviving child executed a disclaimer of interest and an assignment of interest relinquishing and transferring all rights and interests in the Estate to Plaintiff as Personal Representative of the Estate; (iii) none of Decedent's three grandchildren are beneficiaries of the Estate; (iv) no creditor claims were filed against the Estate, the statutory period for filing creditor claims has expired, and the Estate has no outstanding debts, obligations or creditor claims of any kind; and (v) Plaintiff is the sole beneficiary of the Estate.  *See* Notice of Filing at 3-17 (settlement agreement and release between surviving spouse and Plaintiff, and Decedent's other child's disclaimer of interest and assignment of beneficial interest attached).

**Order Granting Motion to File Electronically**

The Court grants Plaintiff permission to file electronically in this case only.  *See* Guide for Pro Se Litigants at 13, District of New Mexico (October 2022) ("approval to electronically file documents within a case must be granted by the presiding judge for each case in which the *pro se* litigant wishes to file using their CM/ECF account"). The Court will revoke permission to file electronically if Plaintiff abuses her electronic filing privilege or fails to comply with the rules and procedures in the District of New Mexico's Guide for Pro Se Litigants and the District of New Mexico's CM/ECF Administrative Procedures Manual.  Account registration forms, procedure manuals, and other information can be obtained at the Court's website at http://www.nmd.uscourts.gov/filing-information.  This Order only grants Plaintiff permission to participate in CM/ECF; Plaintiff is responsible for registering to become a participant.  *See* CM/ECF Administrative Procedures Manual, District of New Mexico (Revised June 2024).

**IT IS ORDERED** that:

(i)      Plaintiff may represent the Estate of Robert Dennis Patten *pro se*.

(ii)     Plaintiff's Motion for Permission to File Documents Electronically, Doc. 7, filed

May 27, 2026, is **GRANTED.**

**KIRTAN KHALSA**
**UNITED STATES MAGISTRATE JUDGE**